DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AHMAAN WISE-WILKERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0218

[August 13, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert Meadows, Judge; L.T. Case No. 312022CF001148A.

Daniel Eisinger, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

FORST, J.

Appellant Ahmaan Wise-Wilkerson appeals his conviction of introduction of contraband into a county detention facility and sentence of four years in prison. He argues the trial court erred in failing to conduct a *Richardson*[1] hearing concerning a possible discovery violation, where the arrest affidavit and capias cited a non-existent statute citation, but the charging document cited the correct statute number. We affirm this issue without discussion. However, the State has identified a scrivener's error on the judgment that requires correction. We agree.

The judgment reflects Wise-Wilkerson was convicted under section 951.22(0), Florida Statutes. This statute does not exist. Rather, the convicted crime falls under section 951.22, Florida Statutes (2022) (without a subsection (0)). Accordingly, we affirm Wise-Wilkerson's judgment and sentence, but remand for the ministerial purpose of correcting the scrivener's error on the judgment to reflect the correct

---

[1] *Richardson v. State*, 246 So. 2d 771 (Fla. 1971).

statute number, i.e., section 951.22, Florida Statutes (2022).  *See Zurz v. State*, 315 So. 3d 14, 15 (Fla. 4th DCA 2021).

*Affirmed and remanded.*

WARNER and GERBER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***